UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRENTON DESGRANGE, Individually and
for Others Similarly Situated

        Plaintiff,

vs.

SPARROW HEALTH SYSTEM d/b/a
UNIVERSITY OF MICHIGAN HEALTH-
SPARROW,

        Defendant.

Case No. 23-cv-1040
Hon. Robert J. Jonker
Hon. Phillip J. Green

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT
AGREEMENT AND TO DISMISS THE CASE WITH PREJUDICE**

Before the Court is the Parties' May 15, 2024 Joint Motion for Court Approval of FLSA Settlement Agreement and to Dismiss the Case with Prejudice. Accordingly:

**IT IS ORDERED** that the Joint Motion for Court Approval of FLSA Settlement Agreement and to Dismiss the Case with Prejudice is GRANTED.

**IT IS FURTHER ORDERED that Plaintiff's Complaint is dismissed with prejudice, without fees or costs awarded to any party.**

**This is a final order and closes the case.**

Date: May 16, 2024

/s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Court, Western District of Michigan